UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FELISES BURTON, | Case No. 2:12-cv-02021-MMD-GWF |
| Plaintiff, | ORDER |
| v. | |
| UKEE #918, | |
| Defendants. | |

Plaintiff, who is a prisoner in the custody of the Las Vegas Detention Center, *see* 28 U.S.C. § 1915(h), has submitted an application to proceed *in forma pauperis* (dkt. no. 1) and a civil rights complaint pursuant to 42 U.S.C. § 1983.  The Court dismisses this action because plaintiff did not include with his application (dkt. no. 1) a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.  Plaintiff has attached a letter stating that he could find nobody to sign the certificate and provide a statement, but the Court has received completed applications from the inmate accounts department of the Las Vegas Detention Center before.  Plaintiff needs to direct his questions to them.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (dkt. no. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall send plaintiff a blank form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank civil rights complaint form with instructions.

1    IT IS FURTHER ORDERED that this action is DISMISSED without prejudice to plaintiff's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall enter judgment accordingly.

DATED THIS 3rd day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE