1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                      * * *
9    FELISES BURTON,                        Case No. 2:12-cv-02021-MMD-GWF
10                           Plaintiff,                ORDER
11        v.
12   UKEE #918,
13                          Defendants.
14

15        Plaintiff, who is a prisoner in the custody of the Las Vegas Detention Center, *see*
16   28 U.S.C. § 1915(h), has submitted an application to proceed *in forma pauperis* (dkt.
17   no. 1) and a civil rights complaint pursuant to 42 U.S.C. § 1983.  The Court dismisses
18   this action because plaintiff did not include with his application (dkt. no. 1) a financial
19   certificate and a copy of his inmate account statement, as required by 28 U.S.C.
20   § 1915(a)(2) and Local Rule LSR 1-2.  Plaintiff has attached a letter stating that he
21   could find nobody to sign the certificate and provide a statement, but the Court has
22   received completed applications from the inmate accounts department of the Las Vegas
23   Detention Center before.  Plaintiff needs to direct his questions to them.

24        IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis*
25   (dkt. no. 1) is DENIED without prejudice.

26        IT IS FURTHER ORDERED that the Clerk of the Court shall send plaintiff a blank
27   form for an application to proceed *in forma pauperis* for incarcerated litigants and a
28   blank civil rights complaint form with instructions.

1    IT IS FURTHER ORDERED that this action is DISMISSED without prejudice to
2  plaintiff's commencement of a new action in which he either pays the filing fee in full or
3  submits a complete application to proceed *in forma pauperis*, accompanied by a signed
4  financial certificate and a statement of his inmate account.  The Clerk of the Court shall
5  enter judgment accordingly.

7    DATED THIS 3rd day of January 2013.

10  _____
      MIRANDA M. DU
11    UNITED STATES DISTRICT JUDGE